UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josue Anaya Samano, A California citizen, for himself and on behalf members of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>Oportun, Inc., a Delaware Corporation and DOES 1-5<br><br>Defendants. | Case No. 4:23-cv-02886-KAW<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

Plaintiff Josue Anaya Samano and Defendant Oportun, Inc. having stipulated to the dismissal of this action with prejudice in its entirety pursuant FRCP 41(a)(1) as a result of the settlement of this case between Plaintiff Josue Anaya Samano and Defendant Oportun, Inc., the Court hereby **GRANTS** the stipulation to dismiss this action in its entirety.

Dated:  December  15 , 2023

_____
Hon.  Kandis A. Westmore
United States Magistrate Judge